UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY McKOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BATTEN, Sheriff of | ) | **JUDGMENT** |
| Columbus County, in his official capacity; | ) | |
| GUY BEST, Officer with Columbus | ) | 5:10-CT-3113-FL |
| County Sheriff's Department, and | ) | |
| employee of the Sheriff, in his official | ) | |
| capacity; WESTERN SURETY | ) | |
| COMPANY, Surety for the Sheriff; | ) | |
| and, JOHNS AND JANES DOE, | ) | |
| Unknown Officers with Columbus | ) | |
| County Sheriff's Department, in their | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before United States District Judge Louise Wood Flanagan for the consideration of the motion for summary judgment filed by defendants Christopher Batten, Guy Best, and Western Surety Company.

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered on July 6, 2012, that the filing defendants' motion for summary judgment is granted and plaintiff's claims against the unnamed defendants are dismissed without prejudice. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 12, 2012, and Copies To:**

E. Holt Moore, III (via CM/ECF Notice of Electronic Filing)
Christopher J. Geis (via CM/ECF Notice of Electronic Filing)
Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)

July 12, 2012              JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk